## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT ALAN PERKET,

      Plaintiff,

      v.

PAUL PAPPAS, VERVE CREDIT
UNION and MOUNT MORRIS
MUTUAL OF COLOMA,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  16-cv-586-wmc

---

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for lack of subject matter jurisdiction.


/s/
Peter Oppeneer, Clerk of Court

8/21/2017
Date